**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 18- 24312-Civ-COOKE/GOODMAN**

STOCKBRIDGE FUND, L.P.,

Plaintiff,

vs.

AFFILIATED MANANGERS GROUP, INC.,

Defendant.
_______________________________________/

## ORDER CLOSING CASE

THIS MATTER comes before me on a *sua sponte* review of the docket. All matters appear to have been resolved. Accordingly, the Clerk is ordered to **CLOSE** this case. The Parties may request a status conference to discuss any outstanding issues that require the Court's attention, if there are any.

**DONE and ORDERED** in chambers at Miami, Florida, this 18th day of December 2020.

Marcia G. Cooke
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Jonathan Goodman, U.S. Magistrate Judge*
*Counsel of record*